UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN C. FUSTOLO<br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. and, FEDERAL HOME LOAN MORTGAGE CORP. AS TRUSTEE OF SCRT 2019-2,<br>    Defendants. | Case No.: 1:23-cv-10166-DLC |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Plaintiff, Steven C. Fustolo, in the above-entitled action.  I am admitted to practice in this court.

Dated: May 17, 2023

Respectfully submitted,

Attorney for Defendant, Steven C. Fustolo

/s/ Lane N. Goldberg
Lane N. Goldberg, BBO# 673045
**Goldberg Law**
4 Court Street, Suite 200A
Plymouth, MA 02360
Tel:  617-328-0006
Fax: 617-328-0007
lane@goldberglawma.com

1

<u>Certificate of Service</u>

    I hereby certify that this document(s) filed through the ECF system on this day will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

                                         <u>/s/ Lane N. Goldberg</u>
                                         Lane N. Goldberg