UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **STEVEN FUSTOLO**<br>    Plaintiff,<br><br>        v.<br><br>**SELECT PORTFOLIO SERVICING, INC., ET AL**<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    **Civil Action No.** 23-10166-DJC<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**CASPER, J.**                                                                                           **December 6, 2024**

For reasons stated in D. 23 and D. 45, judgment for the defendants.


                                                                        Robert M. Farrell, Clerk

                                                                        /s/ Lisa M. Hourihan
                                                                        Deputy Clerk